UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RHONDA FLEMING & KATORIA
GREENE,

    Plaintiffs,

v.                                       Case No. 4:21-cv-260-MW/MJF

FEDERAL BUREAU OF PRISONS, *et al.*,

    Defendants.
_____/

## **REPORT AND RECOMMENDATION**

Plaintiffs Rhonda Fleming and Katoria Green, Federal prisoners proceeding *pro* se, have filed a complaint pursuant to the Federal Tort Claims Act, *Bivens v. Six Unknown Fed. Narcotics Agents*, 403 U.S. 388 (1971), and 28 U.S.C. § 2241. (Doc. 1). The complaint alleges that Defendants' policy concerning the housing of transgender inmates violates the Plaintiffs' constitutional rights. Fleming filed a motion to proceed *in forma pauperis*. (Doc. 2).

Prisoners may not join together in a single civil lawsuit so as to share the mandatory filing fee. *Hubbard v. Haley*, 262 F.3d 1194, 1198 (11th Cir. 2001). "[T]he intent of Congress in promulgating the [Prison Litigation Reform Act] was to deter frivolous civil actions brought by prisoners by requiring each individual prisoner to pay the full amount of the required fee." *Id*. at 1195. The appropriate

disposition of a multiple-plaintiff-prisoner action is to dismiss the case without prejudice and require each plaintiff to file a separate complaint in an individual action accompanied by the full filing fee or an application to proceed *in forma pauperis*. *Id*. at 1195, 1198; *see also Bowens v. Turner Guilford Knight Det.*, 510 F. App'x 863 (11th Cir. 2013) (affirming district court's dismissal, under *Hubbard*, of a complaint in which six inmates attempted to join their claims in a single lawsuit).

For the reasons set forth above, the undersigned respectfully **RECOMMENDS** that:

1. This case be **DISMISSED** without prejudice to each Plaintiff filing a new individual complaint on her own behalf, and paying the full $402.00 fee ($350.00 filing fee and $52.00 administrative fee) or submitting an individual application to proceed *in forma pauperis*.

2. The clerk of the court close this case file.

At Pensacola, Florida this <u>6th</u> day of July, 2021.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the report and recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of its objections upon**

**all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**