IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**RHONDA FLEMING & KATORIA GREENE,**

    *Plaintiffs*,

v.                                  Case No.: 4:21cv260-MW/MJF

**FEDERAL BUREAU OF PRISONS,**
*et al.*,

    *Defendants*.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 4, and has also reviewed *de novo* Plaintiffs' objections, ECF No. 6. Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 4, is **accepted and adopted**, over the Plaintiffs' objections, as this Court's opinion. *See Hubbard v. Haley*, 262 F.3d 1194, 1198 (11th Cir. 2001); *see also Gandy v. Bryson*, 799 F. App'x 790, 791-92 (11th Cir. 2020) (extending *Hubbard*'s reasoning from joinder to intervention and affirming denial of *pro se* inmate's motion to intervene in another inmate's case without paying the full filing fee); *Bowens v. Turner Guilford Knight Detention*, 510

F. App'x 863 (11th Cir. 2013) (applying *Hubbard* and affirming dismissal without prejudice of multi-plaintiff prisoner civil rights suit arguably involving exigent danger to the prisoners). The Clerk shall enter judgment stating, "Plaintiffs' claims **DISMISSED without prejudice**." The Clerk shall close the file. Each Plaintiff may proceed by filing an individual complaint on her own behalf and paying the full $402.00 fee or submitting an individual application to proceed *in forma pauperis*. Either way, the actions must proceed separately.

    **SO ORDERED on July 20, 2021.**

                                      <u>**s/Mark E. Walker**</u>
                                      **Chief United States District Judge**